IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| NORTHSIDE CHURCH OF CHRIST, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>OHIO SECURITY INSURANCE COMPANY,<br><br>Defendant. | Civil Action No. 3:20-cv-00184 |

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned counsel for Plaintiff Northside Church of Christ hereby moves for admission to appear *pro hac vice* in this action. I hereby certify that I am a member in good standing of the United States District Court for the District of Minnesota. Attached is a Certificate of Good Standing from that court. I also declare under penalty of perjury that I am not, nor have I ever been, the subject of criminal proceedings nor disciplinary proceedings by any disciplinary authority, nor have I had a finding of contempt or a sanction against me under 28 U.S.C. §1927.

Dated: March 4, 2020

                                              s/ T. Joseph Snodgrass
                                             T. Joseph Snodgrass (MN 231071)
                                             LARSON • KING, LLP
                                             30 E. 7th Street, Suite 2800
                                             Saint Paul, MN 55101
                                             Tel: (651) 312-6500
                                             jsnodgrass@larsonking.com

                                             *Attorneys for Plaintiffs and*
                                             *Putative Class Representatives*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was electronically filed with the Clerk of Court by using the court's electronic filing system and that the foregoing has been served on March 4, 2020 by electronically mailing a true and accurate copy to:

Erik David Peterson          edp@austinmehr.com

J. Brandon McWherter     bmcwherter@gilbertfirm.com

Clinton H. Scott               cscott@gilbertfirm.com