IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

_____

NORTHSIDE CHURCH OF CHRIST,
individually and on behalf of all others
similarly situated,

                Plaintiff,

v.                                                    Civil Action No. 3:20-cv-00184

OHIO SECURITY INSURANCE
COMPANY
                Defendant.

_____

**MOTION FOR ADMISSION *PRO HAC VICE***
_____

The undersigned counsel for Northside Church of Christ hereby moves for admission to appear *pro hac vice* in this action. I hereby certify that I am a member in good standing of the United States District Court for the Eastern District of Kentucky. Attached is a Certificate of Good Standing from that court. I also declare under penalty of perjury that I am not, nor have I ever been, the subject of criminal proceedings nor disciplinary proceedings by any disciplinary authority, nor have I had a finding of contempt or a sanction against me under 28 U.S.C. § 1927.

                                                      Respectfully submitted,

                                                      /s/ Erik D. Peterson
                                                      ERIK D. PETERSON (KY Bar 93003)
                                                      **Mehr, Fairbanks & Peterson**
                                                      **Trial Lawyers, PLLC**
                                                      201 West Short Street, Suite 800
                                                      Lexington, KY 40507
                                                      (859) 225-3731
                                                      edp@austinmehr.com
                                                      *Attorneys for Plaintiffs and*
                                                      *Putative Class Representatives*

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was electronically filed with the Clerk of the Court by using the eFiling system, and the foregoing has been served on March 9, 2020, by electronically mailing a true and accurate copy to the following:

- **J. Brandon McWherter**
  bmcwherter@gilbertfirm.com,lboyte@gilbertfirm.com,cstegall@gilbertfirm.com,rcook@gilbertfirm.com

- **Erik David Peterson**
  edp@austinmehr.com,knolen@austinmehr.com,shall@austinmehr.com

- **T. Joseph Snodgrass**
  jsnodgrass@larsonking.com,mdetert@larsonking.com,klelo@larsonking.com,bfriesen@larsonking.com

- **Clinton H. Scott**
  cscott@gilbertfirm.com,lboyte@gilbertfirm.com,cstegall@gilbertfirm.com,rcook@gilbertfirm.com