# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| NORTHSIDE CHURCH OF CHRIST, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>  v.<br><br>OHIO SECURITY INSURANCE CO.,<br><br>        Defendant. | Case No. 3:20-cv-00184<br><br>Chief Judge Waverly D. Crenshaw, Jr<br><br>Magistrate Judge Jeffery S. Frensley |

## **MOTION FOR ADMISSION *PRO HAC VICE* OF MARK A. JOHNSON**

The undersigned counsel for Defendant Ohio Security Insurance Company hereby moves for admission to appear *pro hac vice* in this action. I hereby certify that I am a member of good standing of the United States District Court for the Southern District of Ohio. Attached is a Certificate of Good Standing from that court. I also declare under penalty of perjury that I am not, nor have I been, the subject of disciplinary or criminal proceedings.

Respectfully submitted,

*s/ Mark A. Johnson*
George ("Buck") T. Lewis (TN #7018)
Nicole Berkowitz (TN #35046)
BAKER DONELSON
First Tennessee Building
165 Madison Ave.
Memphis, Tennessee 38103
T: 901.577.2256
F: 901.577.0749
blewis@bakerdonelson.com
nberkowitz@bakerdonelson.com

Mark A. Johnson (Ohio Bar No. 0030768)
Baker & Hostetler LLP
200 Civic Center Drive, Suite 1200

Columbus, Ohio 43215
Telephone: 614-228-1541
Facsimile: 614-462-2616
Email: mjohnson@bakerlaw.com

*Attorneys for Defendant*
*Ohio Security Insurance Company*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 26, 2020, a true and correct copy of the foregoing was served on all counsel of record via email and/or U.S. Mail.

*s/ Mark A. Johnson*
*Attorney for Defendant*
*Ohio Security Insurance Company*

**UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | |
|---|---|
| NORTHSIDE CHURCH OF CHRIST, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>OHIO SECURITY INSURANCE CO.,<br><br>Defendant. | Case No. 3:20-cv-00184<br><br>Chief Judge Waverly D. Crenshaw, Jr<br><br>Magistrate Judge Jeffery S. Frensley |

**ORDER GRANTING MOTION FOR ADMISSION
_PRO HAC VICE_ OF MARK A. JOHNSON**

This cause has come before the Court upon the motion of Mark A. Johnson of the law firm of Baker & Hostetler LLP, to appear *pro hac vice* for the purpose of appearing as counsel on behalf of Ohio Security Insurance Company in the above-styled cause only. Being fully advised, it is now ORDERED that the motion be, and hereby is, GRANTED.

Applicant's contact information should be entered as follows:

Mark A. Johnson
BAKER & HOSTETLER LLP
200 Civic Center Drive, Suite 1200
Columbus, Ohio 43215
T: 614.228.1541
F: 614.462.2616
mjohnson@bakerlaw.com

Dated: _____, 2020

_____
Chief Judge Waverly D. Crenshaw, Jr
Magistrate Judge Jeffery S. Frensley