# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| NORTHSIDE CHURCH OF CHRIST, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>  v.<br><br>OHIO SECURITY INSURANCE CO.,<br><br>        Defendant. | Case No. 3:20-cv-00184<br><br>Chief Judge Waverly D. Crenshaw, Jr<br><br>Magistrate Judge Jeffery S. Frensley |

## MOTION FOR ADMISSION *PRO HAC VICE* OF ANDREA C. WILTROUT

The undersigned counsel for Defendant Ohio Security Insurance Company hereby moves for admission to appear *pro hac vice* in this action. I hereby certify that I am a member of good standing of the United States District Court for the Southern District of Ohio. Attached is a Certificate of Good Standing from that court. I also declare under penalty of perjury that I am not, nor have I been, the subject of disciplinary or criminal proceedings.

                              Respectfully submitted,

                              *s/ Andrea C. Wiltrout*
                              George ("Buck") T. Lewis (TN #7018)
                              Nicole Berkowitz (TN #35046)
                              BAKER DONELSON
                              First Tennessee Building
                              165 Madison Ave.
                              Memphis, Tennessee 38103
                              T: 901.577.2256
                              F: 901.577.0749
                              blewis@bakerdonelson.com
                              nberkowitz@bakerdonelson.com

                              Andrea C. Wiltrout (Ohio Bar No. 0098288)
                              Baker & Hostetler LLP
                              200 Civic Center Drive, Suite 1200

Columbus, Ohio 43215
Telephone: 614-228-1541
Facsimile: 614-462-2616
Email: awiltrout@bakerlaw.com

*Attorneys for Defendant*
*Ohio Security Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2020, a true and correct copy of the foregoing was served on all counsel of record via email and/or U.S. Mail.

*s/ Andrea C. Wiltrout*
*Attorney for Defendant*
*Ohio Security Insurance Company*

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| NORTHSIDE CHURCH OF CHRIST, individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br>   v.<br><br>OHIO SECURITY INSURANCE CO.,<br><br>       Defendant. | Case No. 3:20-cv-00184<br><br>Chief Judge Waverly D. Crenshaw, Jr<br><br>Magistrate Judge Jeffery S. Frensley |

## ORDER GRANTING MOTION FOR ADMISSION
## *PRO HAC VICE* OF ANDREA C. WILTROUT

    This cause has come before the Court upon the motion of Andrea C. Wiltrout of the law firm of Baker & Hostetler LLP, to appear *pro hac vice* for the purpose of appearing as counsel on behalf of Ohio Security Insurance Company in the above-styled cause only. Being fully advised, it is now ORDERED that the motion be, and hereby is, GRANTED.

Applicant's contact information should be entered as follows:

Andrea C. Wiltrout
BAKER & HOSTETLER LLP
200 Civic Center Drive, Suite 1200
Columbus, Ohio 43215
T: 614.228.1541
F: 614.462.2616
awiltrout@bakerlaw.com


Dated: _____, 2020

                                                     Chief Judge Waverly D. Crenshaw, Jr
                                                     Magistrate Judge Jeffery S. Frensley