UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| NORTHSIDE CHURCH OF CHRIST, <br><br> Plaintiff, <br><br> v. <br><br> OHIO SECURITY INSURANCE CO., <br><br> Defendant. | Case No. 3:20-cv-00184 <br><br> Chief Judge Waverly D. Crenshaw, Jr <br><br> Magistrate Judge Jeffery S. Frensley |

**DEFENDANT OHIO SECURITY INSURANCE COMPANY'S
MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT FOR
LACK OF PERSONAL JURISDICTION OVER CLAIMS ALLEGED
ON BEHALF OF NONRESIDENT PUTATIVE CLASS MEMBERS**

Pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure, Defendant Ohio Security Insurance Company ("Ohio Security") moves to dismiss Plaintiff's claims against it asserted on behalf of non-Tennessee resident alleged class members. This Court lacks specific personal jurisdiction over Ohio Security to adjudicate claims of Ohio and Mississippi policyholders based on policies of insurance issued in, and property damage claims that occurred in, Ohio and Mississippi. Therefore, claims asserted on behalf of Ohio and Mississippi putative class members must be dismissed.

The grounds for granting this motion are more fully stated in the contemporaneously-filed Memorandum in Support, which is incorporated herein.

Respectfully submitted,

*s/* Rand L. McClellan
George ("Buck") T. Lewis (TN #7018)
Nicole Berkowitz (TN #35046)
BAKER DONELSON
First Tennessee Building
165 Madison Ave.

Memphis, Tennessee 38103
T: 901.577.2256
F: 901.577.0749
blewis@bakerdonelson.com
nberkowitz@bakerdonelson.com

Mark A. Johnson (admitted *pro hac vice*)
Rand L. McClellan (admitted *pro hac vice*)
Andrea C. Wiltrout (admitted *pro hac vice*)
Jessica L. Greenberg (admitted *pro hac vice*)
Baker & Hostetler LLP
200 Civic Center Drive, Suite 1200
Columbus, Ohio 43215
Telephone: 614-228-1541
Facsimile: 614-462-2616
Email: mjohnson@bakerlaw.com
rmcclellan@bakerlaw.com
awiltrout@bakerlaw.com
jgreenberg@bakerlaw.com

*Attorneys for Defendant*
*Ohio Security Insurance Company*

## CERTIFICATE OF SERVICE

      I hereby certify that on May 11, 2020, counsel for Defendant Ohio Security Insurance Co. electronically filed copies of the **Defendant's Motion to Dismiss Plaintiff's Amended Complaint for Lack of Personal Jurisdiction Over Claims Alleged on Behalf of Nonresident Putative Class Members** with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to all parties registered with the Court's electronic filing system.

| | |
|---|---|
| J. Brandon McWherter<br>Clinton H. Scott<br>GILBERT MCWHERTER SCOTT & BOBBITT PLC<br>341 Cool Springs Boulevard, Suite 230<br>Franklin, TN 37067<br>brandon@msb.law<br>clint@msb.law | George T. Lewis, III<br>Nicole D. Berkowitz<br>BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.<br>165 Madison Avenue, Suite 2000<br>Memphis, TN 38103<br>blewis@bakerdonelson.com<br>nberkowitz@bakerdonelson.com |
| T. Joseph Snodgrass<br>LARSON KING, LLP<br>30 East Seventh Street, Suite 2800<br>St. Paul, MN 55101<br>jsnodgrass@larsonking.com | Rand L. McClellan<br>Mark A. Johnson<br>Andrea C. Wiltrout<br>Jessica L. Greenberg<br>BAKER & HOSTETLER LLP<br>200 Civic Center Drive, Suite 1200<br>Columbus, OH 43215<br>rmcclellan@bakerlaw.com<br>mjohnson@bakerlaw.com<br>awiltrout@bakerlaw.com<br>jgreenberg@bakerlaw.com |
| Erik David Peterson<br>MEHR, FAIRBANKS & PETERSON TRIAL LAWYERS, PLLC<br>201 West Short Street, Suite 800<br>Lexington, KY 40507<br>edp@austinmehr.com<br><br>*Attorneys for Plaintiffs* | *Attorneys for Defendant* |

                                            s/ Rand L. McClellan
                                            Rand L. McClellan