# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| MARTIN HOLMES, PATRICIA HOLMES, GERALD FOSTER, DAPHYNE FOSTER, ERNEST TEPPER, AND HELPING HANDS HOME IMPROVEMENT, LLC, individually and on behalf of all others similarly situated, | |
| Plaintiffs, | Civil Action No. 3:19-cv-00466 Crenshaw/Newbern |
| v. | JURY DEMANDED |
| LM INSURANCE CORPORATION, LIBERTY INSURANCE CORPORATION, LIBERTY MUTUAL FIRE INSURANCE COMPANY, AND SAFECO INSURANCE COMPANY OF AMERICA, | |
| Defendants. | |

| | |
|---|---|
| NORTHSIDE CHURCH OF CHRIST, individually and on behalf of all others similarly situated, | |
| Plaintiff, | Civil Action No. 3:20-cv-00184 |
| v. | JURY DEMANDED |
| OHIO SECURITY INSURANCE COMPANY | |
| Defendant. | |

**PLAINTIFFS' MOTION FOR SERVICE AWARDS TO CLASS REPRESENTATIVES AND AWARDS OF ATTORNEYS' FEES, COSTS, AND EXPENSES TO CLASS COUNSEL**

Pursuant to Rule 23(e) and (h) and Rule 54(d)(2) of the Federal Rules of Civil Procedure and the Parties' Settlement Agreement, Plaintiffs Martin Holmes, Patricia Holmes, Gerald Foster, Daphyne Foster, Ernest Tepper, Helping Hands Home Improvement, LLC, and Northside Church of Christ, on behalf of themselves and the proposed Settlement Classes ("Plaintiffs"), respectfully move the Court in the above-captioned action for an Order granting Plaintiffs' Motion for Service Awards to Class Representatives and Awards of Attorneys' Fees, Costs and Expenses to Class Counsel. Specifically, Plaintiffs respectfully move the Court for the following awards:

1. Attorney's fees to Class Counsel in the amount of $1,816,053.00 (or approximately 17.9% of the total benefit made available to the class and without any reduction in the payments to be made to class members);

2. Litigation costs and expenses to Class Counsel in the amount of $47,612.88 that were incurred in prosecuting this class action; and

3. Service awards to each of the class representative Plaintiffs in the amount of $7,500 each for their service to the Settlement Class.

This Motion is based upon the Parties' Settlement Agreement and supporting documents, and the entire files and proceedings herein.

For the reasons set forth in the accompanying Memorandum of Law and accompanying Declarations of Plaintiffs' counsel, Plaintiffs respectfully request that the Court grant this Motion.

2
Case 3:20-cv-00184    Document 55    Filed 01/22/21    Page 2 of 4 PageID #: 522

Dated: January 22, 2021                Respectfully submitted,

By: *s/ J. Brandon McWherter*
J. BRANDON McWHERTER - #21600
MCWHERTER SCOTT & BOBBITT, PLC
341 Cool Springs Blvd, Suite 230
Franklin, TN 37067
(615) 354-1144
brandon@msb.law

ERIK D. PETERSON (admitted *pro hac vice*)
MEHR, FAIRBANKS & PETERSON
 TRIAL LAWYERS, PLLC
201 West Short Street, Suite 800
Lexington, KY 40507
(859) 225-3731
edp@austinmehr.com

T. JOSEPH SNODGRASS (admitted *pro hac vice*)
LARSON • KING, LLP
30 East Seventh St., Suite 2800
St. Paul, MN 55101
(651) 312-6500
jsnodgrass@larsonking.com

*Class Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed and served via the Court's ECF filing system which will send electronic notices of same to all counsel of record on this the 22nd day of January, 2021:

George ("Buck") Lewis
Nicole D. Berkowitz
Baker Donelson
First Tennessee Building
165 Madison Avenue
Memphis, TN 38103

Rodger L. Eckelberry
Mark A. Johnson
Rand L. McClellan
Andrea C. Wiltrout
Baker & Hostetler LLP
200 Civic Center Drive, Suite 1200
Columbus, OH 43215

*s/ J. Brandon McWherter*